**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 14-1812**

———

MARIA CARMELA PENA,

        Petitioner,

    v.

ERIC H. HOLDER, JR., Attorney General,

        Respondent.

———

On Petition for Review of an Order of the Board of Immigration Appeals.

———

Submitted: February 20, 2015      Decided: March 11, 2015

———

Before GREGORY and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

———

Petition denied by unpublished per curiam opinion.

———

Aaron R. Caruso, ABOD & CARUSO, LLC, Wheaton, Maryland, for Petitioner. Joyce R. Branda, Acting Assistant Attorney General, Linda S. Wernery, Assistant Director, Thankful T. Vanderstar, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

———

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maria Carmela Pena, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing her appeal from the Immigration Judge's denial of her requests for asylum, withholding of removal and protection under the Convention Against Torture. We have thoroughly reviewed the administrative record and conclude that substantial evidence supports the Board's decision. <u>See</u> <u>INS v. Elias-Zacarias</u>, 502 U.S. 478, 481 (1992). We accordingly deny the petition for review for the reasons stated by the Board. <u>See</u> <u>In re: Pena</u> (B.I.A. July 21, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>PETITION DENIED</u>